**Andrew M. Schpak,** OSB No. 044080
aschpak@barran.com
**Josh M. Goldberg**, OSB No. 180414
jgoldberg@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DANIEL L. DRESSLER,

Plaintiff,

v.

THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**3:19-cv-02014-BR**

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant,[1] Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston, by and through its counsel, and for its corporate disclosure statement pursuant to Federal Rules of Civil Procedure Rule 7.1, states as follows:

/ / /

/ / /

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

1. Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

DATED this 3rd day of January 2020.

BARRAN LIEBMAN LLP

By s/ *Josh M. Goldberg*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Josh M. Goldberg, OSB No. 180414
jgoldberg@barran.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By s/ *Iwana Rademaekers*
Iwana Rademaekers, Texas Bar No. 16452560
*Pro Hac Vice* pending
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

Attorneys for Defendant



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2020, I served the foregoing **DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CORPORATE DISCLOSURE STATEMENT** on the following parties at the following addresses:

Megan E. Glor
megan@meganglor.com
John C. Shaw
john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212

*Attorneys for Plaintiff*

by the following indicated method(s) set forth below:

☑ **Electronic Filing Using the Court's ECF System**

☐ **Email**

☐ **Facsimile**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

s/ *Josh M. Goldberg*
Josh M. Goldberg



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212