# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Multnomah District of Oregon

Case Number: 3:19-CV-2014-BR

Plaintiff:
**Diane L. Dressler,**

vs.

Defendant:
**The Liberty Life Assurance Company of Boston,**

Received by RUSH PROCESS SERVICE, INC. to be served on **The Liberty Life Assurance Company of Boston, 1127 Broadway St NE, Suite 310, Salem, OR 97301.**

I, Mitchell Garcia, being duly sworn, depose and say that on the **13th day of December, 2019 at 3:11 pm, I:**

**SERVED** the within named entity by delivering a true copy of the **Summons; Complaint; Civil Cover Sheet; Civil Case Assignment Order packet** to **Sharon Walls, Service of Process Technician** at the address stated above.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

12/17/19

**Mitchell Garcia**
Process Server

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2019014296

Subscribed and Sworn to before me on the 17th day of December, 2019.

NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL KENNEDY
NOTARY PUBLIC - OREGON
COMMISSION NO. 948105
MY COMMISSION EXPIRES MARCH 6, 2020

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c