UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANE L. DRESSLER**
Plaintiff,

**Case No.: 3:19–cv–02014–BR**

**v.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
Defendant.

---

**Fed. R. Civ. P. 26(a)(1) Discovery Agreement**

Pursuant to LR 26–2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** January 21, 2020

**Signature:** John C Shaw

**Name and OSB ID:** John C. Shaw 065086

**E–mail Address:** john@meganglor.com

**Firm Name:** Megan E. Glor, Attorneys at Law PC

**Mailing Address:** 707 NE Knott Street, Suite 101

**City, State, Zip:** Portland, OR 97212

**Parties Represented:** Plaintiff Diane L. Dressler