Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Fax: (503) 751-2071

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **DIANE L. DRESSLER,** | **Case No.: 3:19-cv-02014-BR** |
| **Plaintiff,** | |
| **v.** | **JOINT STATUS REPORT** |
| **THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | |
| **Defendant.** | |

In compliance with the Court's January 27, 2020 Scheduling Order, the parties submit this Joint Status Report with the proposed case-management schedule.

1. February 10, 2020 – Deadline for Defendant to provide the Administrative Record to Plaintiff.

2. April 9, 2020 – Deadline for Completion of Discovery.

3. May 8, 2020 – Deadline to file Joint ADR and Stipulated Administrative Record.

4. May 29, 2020 – Deadline to file Plaintiff's Opening Brief.

5. June 19, 2020 – Deadline to file Defendant's Opening Brief and Response Brief.

6. July 10, 2020 – Deadline to file Plaintiff's Response Brief and Reply Brief.

7. July 31, 2020 – Deadline to file Defendant's Reply Brief.

As this case is subject to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA") and will be decided on the Stipulated Administrative Record and the Parties' briefs, trial dates should not be necessary.

Dated: February 4, 2020.

By: s/ John C. Shaw
Megan E. Glor, OSB 930178
megan@meganglor.com
John C. Shaw, OSB 065086
john@meganglor.com
(503) 223-7400
Attorneys for Plaintiff

By: s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar 16452560
iwana@rademaekerslaw.com
Admitted *Pro Hac Vice*
(214) 579-9319
Attorney for Defendant



Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400